UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS TERAN, et al., | 26-CV-01121 (VSB) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| JEFFREY LEE SMITH II, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 18, 2026, I ordered the parties to submit their proposed case management plan to the court by April 15, 2026. (*See* ECF 20.) The parties have not complied.

Accordingly, I am sua sponte extending the deadline for the parties to submit their proposed case management plan nunc pro tunc until **April 21, 2026.**

DATED:     April 20, 2026
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge