UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS TERAN, et al.,

Plaintiff,

-against-

JEFFREY LEE SMITH II, et al.,

Defendants.

26-CV-01121 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 22, 2026, I ordered the parties to file an update on the status of discovery on the first business day of each month, including filing an update on July 1, 2026. (See ECF 27.) The parties have not complied.

Accordingly, I am sua sponte extending the deadline for the parties to file their joint status update until **July 8, 2026.**

DATED: July 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge