UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS TERAN, et al.,

Plaintiff,

-against-

JEFFREY LEE SMITH II, et al.,

Defendants.

26-CV-01121 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on September 11, 2026:

1. Mr. Teran shall appear for his deposition in person. The deposition shall not be video recorded.
2. Mrs. Teran shall appear for her deposition in person on a date when she does not have childcare obligations. Counsel for defendants may use the court reporter of his choosing. The deposition shall not be video recorded. The parties shall meet and confer on whether a translator is appropriate at that deposition and promptly advise me of any dispute requiring my attention.
3. If defendants' counsel is unable to locate the individual defendant, he shall advise the Court whether he intends to move to withdraw as counsel.
4. The settlement conference scheduled for November 17, 2026 shall be rescheduled to **November 10, 2026**. Details for the settlement conference shall be sent separately.

DATED: September 11, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge